IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKY BARNARD TATOM, SR.                                              PLAINTIFF
ADC #108115

v.                           No. 2:13-cv-35-DPM-HDY

CORIZON, INC.; DONA GORDON;
LAUREL TYLER; DEBRA HORTON;
G. CAMPBELL; NWANNEM OBI-OKOYE;
STORMI SHERMAN; DENISE STRICKLAND;
and DEXTER PAYNE                                                      DEFENDANTS

## ORDER

Tatom has not objected to Magistrate Judge H. David Young's recommendation, № 51, that the Court dismiss his complaint for failure to prosecute. Reviewing for clear error of fact on the face of the record and for legal error, FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Note), the Court adopts Judge Young's recommendation in full. Tatom's complaint is dismissed without prejudice. The pending motions, № 37, 41 & 48, are denied as moot. An *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2013