IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKY BARNARD TATOM, SR.                                               PLAINTIFF
ADC #108115

v.                        No. 2:13-cv-35-DPM

CORIZON, INC.; DONA GORDON;
LAUREL TYLER; DEBRA HORTON;
G. CAMPBELL; NWANNEM OBI-OKOYE;
STORMI SHERMAN; DENISE STRICKLAND;
and DEXTER PAYNE                                                     DEFENDANTS

JUDGMENT

Tatom's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 August 2013